UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  
CMS ENERGY SECURITIES LITIGATION

Case No. 02-72004

HON. GEORGE CARAM STEEH

_____/

ORDER REGARDING DATES FOR DISCOVERY, MOTION
PRACTICE AND HEARING OF CLASS CERTIFICATION MOTION

This matter having come before the court upon the parties' stipulation regarding dates for discovery, motion practice and hearing on class certification motion and the court being fully advised in the premises:

IT IS HEREBY ORDERED that the dates and procedures agreed to and set out by the parties in their stipulation dated June 16, 2005 regarding dates for discovery, motion practice and hearing on class certification motion are adopted by the court and shall apply as set forth therein, except that additional discovery pursuant to 3(j) of that stipulation shall be permitted only until February 20, 2006, as agreed at the teleconference held on the record on June 22, 2005.

IT IS SO ORDERED.

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

Dated:  June 23, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 23, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee  
Secretary/Deputy Clerk