UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------x

IN RE:
CMS ENERGY SECURITIES
LITIGATION

Civil Action No. 02-CV-72004-DT

: District Judge George Caram Steeh

: Magistrate Judge Virginia M. Morgan

---------------------------------------------x

## ORDER REGARDING PLAINTIFFS' MOTION TO REOPEN DEPOSITIONS OF DEFENDANTS MCCORMICK AND WHIPPLE

WHEREAS Plaintiffs, by motion dated March 30, 2006 (the "Motion"), have moved for an Order compelling each of defendant William McCormick and Kenneth Whipple to appear for a deposition of not more than three hours, to answer questions concerning documents produced subsequent to his prior deposition;

WHEREAS the District Court entered an Order pursuant to 28 U.S.C. § 636(b)(1)(A) referring the Motion to United States Magistrate Judge Virginia M. Morgan for hearing and decision;

WHEREAS Magistrate Judge Morgan issued an Order dated April 10, 2006, that, among other things, scheduled a hearing on the Motion for May 10, 2006;

WHEREAS the parties have resolved the Motion,

IT IS HEREBY ORDERED:

1. The Motion is hereby deemed withdrawn,

2. The May 10, 2006 hearing on the Motion is cancelled, and

3. Each party shall bears its own costs.

Dated: April 25, 2006

    s/Virginia M. Morgan
Hon. Virginia M. Morgan
United States Magistrate Judge