## **INDEX OF EXHIBITS**

Exhibit A     Expert Rebuttal Report of Cyril Moscow

Exhibit B     Rebuttal Report of David Tabak